**DENIED; Opinion Filed June 5, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00745-CV**
**No. 05-13-00746-CV**

**IN RE SENRICK WILKERSON, Relator**

**On Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. W10-01183-J, W10-01184-J**

**MEMORANDUM OPINION**

Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Moseley

In these original mandamus proceedings, relator Senrick Wilkerson asks this Court to order the judge of the trial court to forward him copies of arrest reports and records and other documents related to the above cases and two other cases. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See Simon v. Levario*, 306 S.W.3d 318, 320–21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927–28 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we deny relator's petition for writ of mandamus.

/Jim Moseley/
JIM MOSELEY
JUSTICE

130745F.P05